UNITED STATES DISTRICT COURT    JS-6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 20-9435-JFW(ASx)**                                      Date: March 17, 2021

Title:   Leemanuel Weilch -v- Snowyclean, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly** | **None Present** |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:
None                                                                  None

PROCEEDINGS (IN CHAMBERS):   DISMISSAL OF ACTION FOR LACK OF PROSECUTION

As a result of Plaintiff's failure to serve the Summons and Complaint within 120 days after the Complaint was filed, the Court hereby dismisses this action without prejudice. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Initials of Deputy Clerk   sr